1  Ford & Harrison LLP
   Lyne A. Richardson, Bar No. 143566
2  Julianne Pinter, Bar No. 159685
   350 South Grand Avenue, Suite 2300
3  Los Angeles, CA  90071
   Telephone:  (213) 237-2400
4  Facsimile:   (213) 237-2401
   E-mail:  lrichardson@fordharrison.com
5  E-mail:  jpinter@fordharrison.com

6  Attorneys for Defendant
   ASCENT HEALTHCARE SOLUTIONS,
7  INC.

8  Geoffrey M. Faust, Esq.
   P.O. Box 751
9  Clayton, CA  94517
   Telephone:  (925) 673-1988
10 Facsimile:   (925) 673-9494
   E-mail:     gfaust@netvista.net
11
   Attorney for Plaintiff
12 Annie Sitter

13                 UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT

15

16 | Annie Sitter,                        | Case No. C09-05682
17 |         Plaintiff,                   | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** ; ORDER
18 | v.                                   |
19 | Ascent Healthcare Solutions, Inc.,   |
20 |         Defendant.                   |

21
22     Plaintiff Annie Sitter ("Plaintiff"), and defendant Ascent Healthcare
23 Solutions, Inc. ("Defendant") hereby agree and stipulate that:
24     1.    WHEREAS, counsel for Defendant is unavailable to attend on the date
25 currently set for the case management conference,
26     2.    WHEREAS, counsel for both parties will be trial counsel and thus
27 must be present at the case management conference,
28

3. WHEREAS, counsel have met and conferred and agreed upon the following date: October 20, 2010 at 2:30 p.m. for which they are available to attend a continued case management conference,

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, by and through their counsel of record, that:

A. The CMC currently set for July 28, 2010, at 2:30 p.m., be continued to the mutually agreed upon date of October 20, 2010 at 2:30 p.m.

IT IS SO STIPULATED.

Dated: July 21, 2010            GEOFFREY M. FAUST, ESQ.

                                By: _____
                                    Geoffrey M. Faust, Esq.
                                    Attorney for Plaintiff
                                    Annie Sitter

Dated: July 21, 2010            FORD & HARRISON LLP

                                By: _____
                                    Lynn A. Richardson, Esq.
                                    Julianne Pinter, Esq.

                                    Attorneys for Defendant
                                    ASCENT HEALTHCARE SOLUTIONS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/22/10
_____
HONORABLE EDWARD M. CHEN

IT IS SO ORDERED
Judge Edward M. Chen

- 2 -

# PROOF OF SERVICE

I, Margaret E. Kadric, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On July 21, 2010, I served a copy of the within document(s):

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

☒ **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Geoffrey M. Faust, Esq.
P.O. Box 751
Clayton, CA 94517
Phone: (925) 673-1988
Fax: (925) 673-9494
Email: gfaust@netvista.net

*Attorneys for Plaintiff* ANNIE SITTER
☒ *Registered participant of ECF.*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1   I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

2   Executed this 21st day of July, 2010, at Los Angeles, California.

_____
Margaret E. Kadric

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:94015.1

- 4 -

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
C09-05682