1 | Lyne A. Richardson, Bar No. 143566
2 | Julianne Pinter, Bar No. 159685
   | Michelle Rapoport, Bar No. 247459
   | Ford & Harrison LLP
3 | 350 South Grand Avenue, Suite 2300
   | Los Angeles, CA 90071
4 | Telephone: (213) 237-2400
   | Facsimile: (213) 237-2401
5 | E-mail: mrapoport@fordharrison.com

6 | Attorneys for Defendant
   | ASCENT HEALTHCARE SOLUTIONS,
7 | INC.

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | ANNIE SITTER, | Case No. C09-05682 EMC

12 | Plaintiff, | **STIPULATION TO CONTINUE DISCOVERY AND EXPERT DESIGNATION CUT-OFF** ; ORFDER

13 | v.

14 | ASCENT HEALTHCARE
   | SOLUTIONS, INC.,

15 |

16 | Defendant.

17

18 | THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD,

19 | DEFENDANT ASCENT HEALTHCARE SOLUTIONS AND PLAINTIFF

20 | ANNIE SITTER HEREBY STATE AND STIPULATE AS FOLLOWS:

21 | WHEREAS the parties have agreed to attend mediation;

22 | WHEREAS the parties have been diligently engaging in discovery, but

23 | require further discovery to assist them to adequately prepare for mediation and

24 | trial;

25 | WHEREAS both parties intend to engage experts for trial in this matter, but

26 | wish to attend mediation prior to designating experts and incurring expert fees;

27 | THEREFORE, based on the foregoing, by and through their undersigned

28 | attorneys, the parties HEREBY STIPULATE AND REQUEST that the Court issue

Ford & Harrison
LLP
Attorneys At Law
Los Angeles

LA:100767.1

1   an Order continuing the continuing the non-expert discovery cut-off and expert

2   designation cut-off until May 1, 2011.

3   Dated:    2-8          , 2011          GEOFFREY FAUST

4

5                                          By: _____

6                                          GEOFFREY FAUST
                                           Attorneys for Plaintiff
7                                          ANNIE BROPHY SITTER

8

9   Dated:    2-9          , 2011          FORD & HARRISON LLP

10

11                                         By_____
                                           Lyne A. Richardson
12                                         Julianne Pinter
                                           Michelle Rapoport
13                                         Attorneys for Defendant
                                           ASCENT HEALTHCARE
14                                         SOLUTIONS, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES          LA:100767.1                    - 2 -          STIPULATION TO CONTINUE NON-EXPERT
                                                                   DISCOVERY CUT-OFF AND EXPERT
                                                                   DESIGNATION CUT-OFF

# [PROPOSED] ORDER

Pursuant to the parties' attached stipulation, and for good cause appearing, this Court orders as follows:

The non-expert discovery cut off and expert designation cut-off are continued until May 1, 2011.

SO ORDERED.

DATED:    2/15/11



IT IS SO ORDERED

Judge Edward M. Chen

Ford & Harrison
LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:100767.1

STIPULATION TO CONTINUE NON-EXPERT
DISCOVERY CUT-OFF AND EXPERT
DESIGNATION CUT-OFF

**PROOF OF SERVICE**

I, Mary Garner, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On February 10, 2011, I served a copy of the within document(s):

**STIPULATION TO CONTINUE NON-EXPERT DISCOVERY CUT-OFF AND EXPERT DESIGNATION CUT-OFF**

☒ **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System, if any, as indicated below.

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Geoffrey M. Faust, Esq.
P.O. Box 751
Clayton, CA 94517
Phone: (925) 673-1988
Fax: (925) 673-9494
Email: gfaust@netvista.net

Attorneys for Plaintiff ANNIE SITTER
*Registered participant of ECF.*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 10, 2011, at Los Angeles, California.

_Mary Garner_
Mary Garner

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:100767.1

STIPULATION TO CONTINUE NON-EXPERT
DISCOVERY CUT-OFF AND EXPERT
DESIGNATION CUT-OFF