UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE SITTER, | No. C-09-5682 EMC |
|        Plaintiff, | |
|    v. | **COURT'S PROPOSED VERDICT FORM** |
| ASCENT HEALTHCARE SOLUTIONS, INC., | |
|        Defendant. | |
| _____/ | |

    Attached is the Court's proposed Verdict Form.

Dated: July 13, 2011

                              _____
                              EDWARD M. CHEN
                              United States District Judge

# LIABILITY

**For <u>each</u> claim, select one of the two options listed.**

**1.      Quid-pro-quo sexual harassment**

On the plaintiff's claim for quid-pro-quo sexual harassment,

\_\_\_\_ we find in favor of the plaintiff and against the defendant

\_\_\_\_ we find in favor of the defendant and against the plaintiff


**2.      Sexual harassment in the form of a sexually hostile work environment**

On the plaintiff's claim for sexual harassment in the form of a sexually hostile work environment,

\_\_\_\_ we find in favor of the plaintiff and against the defendant

\_\_\_\_ we find in favor of the defendant and against the plaintiff


**3.      Failure to prevent sexual harassment**

On the plaintiff's claim for failure to prevent sexual harassment,

\_\_\_\_ we find in favor of the plaintiff and against the defendant

\_\_\_\_ we find in favor of the defendant and against the plaintiff


**4.      Disparate treatment based on sex and/or sexual orientation**

On the plaintiff's claim for disparate treatment based on sex and/or sexual orientation,

\_\_\_\_ we find in favor of the plaintiff and against the defendant

\_\_\_\_ we find in favor of the defendant and against the plaintiff


**5.      Retaliation**

On the plaintiff's claim for retaliation,

\_\_\_\_ we find in favor of the plaintiff and against the defendant

\_\_\_\_ we find in favor of the defendant and against the plaintiff

# DAMAGES

**Complete this section only if you find in favor of the plaintiff on at least <u>one</u> of her claims.**

**1.  Damages**

We award the plaintiff the following damages:

Economic damages in the amount of _____

Noneconomic damages in the amount of _____

**2.  Punitive damages**

On the plaintiff's request for punitive damages,

____ we find in favor of the plaintiff and against the defendant

____ we find in favor of the defendant and against the plaintiff

(The amount, if any, of punitive damages will be an issue decided later.)