UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Annie Sitter, | Case No. C09-5682 EMC |
| Plaintiff, | |
| v. | |
| Ascent Healthcare Solutions Inc., | **ORDER DIRECTING COURT TO FURNISH DAILY REFRESHMENTS** |
| Defendant. | |

**IT IS HEREBY ORDERED** that the United States District Court shall furnish daily refreshments for the eight (8) members of the jury in the above-entitled matter at the expense of the United States on July 15, 2011 and all days thereafter as long as jury is in deliberation. Refreshments shall be delivered to the jury room for Courtroom 8, 19th Floor by 7:45 a.m.

IT IS SO ORDERED.

Dated: July 14, 2011

_____
EDWARD M. CHEN
United States District Judge

cc: Carlos