UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Annie Sitter,<br><br>  Plaintiff,<br><br> v.<br><br>Ascent Healthcare Solutions Inc.,<br><br>  Defendant._____ / | Case No. C09-5682 EMC<br><br>**ORDER DIRECTING COURT TO FURNISH LUNCH** |

**IT IS HEREBY ORDERED** that the United States District Court shall furnish daily lunch for the eight (8) members of the jury in the above-entitled matter at the expense of the United States on July 15, 2011 and all days thereafter as long as the jury is in deliberation. A CSO is directed to bring the jury down to Cafe 450 at lunch time.

IT IS SO ORDERED.

Dated: July 14, 2011

_____
EDWARD M. CHEN
United States District Judge

cc: Carlos